# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-1042 FMO (KKx) | Date | August 14, 2019 |
|---|---|---|---|
| Title | Misael Romero v. John D. Karagias, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By Order dated July 30, 2019, plaintiff was ordered to show cause, on or before August 6, 2019, why defendant Joyce Burgers ("Burgers"), should not be dismissed for lack of prosecution. (See Dkt. 18, Court's Order of July 30, 2019). The OSC noted that "[a]bsent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 90 days, however, if plaintiff(s) has/have not diligently prosecuted the action." (Id.). The OSC stated that it would stand submitted upon the filing of plaintiff's response, an answer by Burgers, or an application for entry of default. (See id.). As of the date of this Order, plaintiff has not responded to the OSC. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to serve and file a proof of service as to Burgers. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file a proof of service reflecting service of process on Burgers no later than **August 20, 2019**.

2. Plaintiff is advised that failure to file a proof of service reflecting service of process on Burgers by the deadline set forth above shall result in the action against her being dismissed for failure to serve, prosecute, and/or comply with a court order. See Fed. R. Civ. P. 4(m) & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |